lant, and THE CITY OF NEW YORK, Defendant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

JOHN GILLEN, Respondent, v. HOME OWNERS' LOAN CORPURATION, Appellant. —Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals granted. [See 255 App. Div. 631.] The following question is certified: Does the complaint state facts sufficient to constitute a cause of action? Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

GEORGE S. HAIGHT, as Administrator, etc., of ANNIE B. RUSSELL, Deceased, Respondent, v. BENJAMIN S. HALSEY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose, in Fee to the Real Property Required for the Opening and Extending of Lorraine Avenue from the Plaza of the Outerbridge Crossing to Amboy Road, Page (Beach) Street to Amboy Road (Southside Boulevard), etc., in the Borough of Richmond, City of New York. In re Damage Parcel No. 65. RICHMOND COUNTY FEDERAL SAVINGS AND LOAN ASSOCIATION, Respondent, v. HOME OWNERS' LOAN CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of Union Turnpike, from Austin Street to Queens Boulevard, Grand Central Parkway, from Queens Boulevard to the Easterly City Line, Excepting the Lands of the Brooklyn State Hospital, Creedmoor Division, and the Lands Acquired for Alley Park, Utopia Parkway, from Grand Central Parkway to 32nd Avenue, Cross Island Boulevard, from Grand Central Parkway to a Property Line Approximately 108 Feet Southerly from Epsom Court, and Little Neck Parkway, from Grand Central Parkway to Langston Avenue, in the 2nd, 3rd and 4th Wards, Borough of Queens, City of New York. Application of HARRY KNABEL and SAMUEL LEVINE, Appellants; KEWLANE REALTY, INC., and JULIUS SHAPIRO, Respondents.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

In the Matter of the Application by QUEENS COUNTY BAR ASSOCIATION in Relation to DIARMUID E. DIXON, an Attorney.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of DOROTHY LEDYARD KNIGHT, Petitioner, Appellant, for an Order under Section 12 of the Surrogate's Court Act and Article 78 of the Civil Practice Act, against LEONE D. HOWELL, Individually and as Surrogate of Nassau County, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.